Bernard KING, Petitioner–Appellant,

v.

John NASH, Warden, FCI Raybrook, Respondent–Appellee.

Docket No. 02–2108.

United States Court of Appeals, Second Circuit.

July 10, 2003.

Cheryl J. Sturm, Chadds Ford, PA, for Petitioner–Appellant.

Charles E. Roberts, Assistant United States Attorney for the Northern District of New York (Joseph A. Pavone, United States Attorney, on the brief), for Respondent–Appellee.

---

Present: FEINBERG, JACOBS, and SACK, Circuit Judges.

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court is **AFFIRMED.**

Bernard King appeals from a judgment of the United States District Court for the Northern District of New York (Hurd, *J.*) dismissing his petition for a writ of habeas corpus. For the foregoing reasons, we affirm.

We recently held that the rule in *Apprendi* does not apply retroactively to cases on collateral review. *See Coleman v. United States,* 329 F.3d 77, 88–90 (2d Cir. 2003). Consequently, confining King's *Apprendi* challenge to a § 2255 motion raises no serious constitutional question requiring recourse to 28 U.S.C. § 2241. *See Love v. Menifee,* 333 F.3d 69, 74 (2d Cir. 2003). The district court properly construed King's habeas petition as a second and successive § 2255 petition, and appropriately dismissed it for lack of jurisdiction.